UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 0:18-CV-__1:18-cv-74-GNS__

| | |
|---|---|
| TINA WILSON | PLAINTIFF |
| v. | **NOTICE OF REMOVAL** |
| WAL-MART STORES, INC. | DEFENDANT |

\* \* \* \* \*

Walmart Inc. (formerly known as Wal-Mart Stores, Inc. and hereinafter referred to as "Walmart"), by counsel, states as follows in support of its removal of this action:

1.    There was an action commenced which is now pending in the Warren Circuit Court, Civil Action No. 18-CI-00709, in which the above-named Tina Wilson is the Plaintiff and Wal-Mart Stores, Inc. is the Defendant (which is no longer in existence and is now known as Walmart Inc.). (*See* Plaintiff's Complaint, attached at Exhibit 1).

2.    Walmart Inc. is now and was at the time of the commencement of this action and at all times pertinent hereto, a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arkansas.[1] For these reasons, Walmart Inc. is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Delaware and Arkansas and not a citizen of Kentucky. (*See* Affidavit of Counsel for Walmart, attached as Exhibit 2).

3.    Plaintiff, Tina Wilson, is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of the Commonwealth of

---

[1] When it existed as a corporation, Wal-Mart Stores, Inc. was a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arkansas. As a result, Wal-Mart Stores, Inc. was a citizen of the states of Delaware and Arkansas.

Kentucky, and not a citizen or resident of Delaware or Arkansas. (*See* Plaintiff's Complaint, attached as Exhibit 1).

4. This is a personal injury case. In Plaintiff's Complaint, Plaintiff claims she was burned by an open container of Liquid Lighting drain cleaner at the Bowling Green, Kentucky Walmart in Warren County, Kentucky. (*See* Exhibit 1). As a result, Plaintiff claims she suffered second and third degree burns. (*See* Exhibit 1). Walmart could not ascertain whether this case was removable based solely on Plaintiff's Complaint.

5. On June 8, 2018, Walmart served a Request for Admission, asking Plaintiff to admit she would not "seek damages in excess of $75,000, exclusive or interest and costs, at the trial of this matter." (Walmart's Request for Admission, attached as Exhibit 3).

6. On June 12, 2018, Walmart received Plaintiff's response to its request for admission in which Plaintiff denied that she would not "seek damages in excess of $75,000, exclusive of interests and costs, at the trial of this matter." (*See* Plaintiff's Response to Request for Admission, attached at Exhibit 4). Based on the foregoing, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky and Walmart Inc. is a citizen of the states of Delaware and Arkansas. The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. §1332; 28 U.S.C. §1446.

8. This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Response to Walmart's Request for Admission. This Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. §1446(b).

9. Copies of all process, pleadings and orders served on Walmart as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

10. Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on June 19, 2018.

WHEREFORE, Defendant, Walmart Inc. (formerly known as Wal-Mart Stores, Inc.), prays that it may effect the removal of this action from the Warren Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

/s/ Felix H. Sharpe II
CHRISTOPHER R. CASHEN
Dinsmore & Shohl, LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099

and

ROBERT M. CROFT, JR.
FELIX H. SHARPE II
Dinsmore & Shohl, LLP
101 S. 5th Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following, by email and U.S. Mail, on this the 19th day of June, 2018:

Matthew P. Schultz, Esq.
Morgan & Morgan
504 Broadway, Suite 100
Paducah, KY 42001
*Counsel for Plaintiff*

                                      /s/ Felix H. Sharpe II
                                      *Counsel for Defendant*