UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:18-CV-00074-GNS

ELECTRONICALLY FILED

TINA WILSON                                                                                    PLAINTIFF

v.        **<u>AGREED ORDER OF DISMISSAL</u>**
          **<u>WITH PREJUDICE</u>**

WAL-MART STORES EAST, L.P.                                                      DEFENDANT

\* \* \* \* \*

Upon joint motion of the parties, and this Court being advised that this matter has been resolved in its entirety as to all parties;

IT IS HEREBY ORDERED that all claims asserted by the Plaintiff against the Defendant are hereby DISMISSED WITH PREJUDICE in their entirety, with all parties to bear their own costs and attorney fees and plaintiff's jury fee to be returned.

Greg N. Stivers, Chief Judge
United States District Court

September 27, 2019

HAVE SEEN AND AGREED TO:

/s/Felix H. Sharpe II
Christopher R. Cashen
DINSMORE & SHOHL LLP
City Center
100 West Main Street, Suite 900
Lexington, KY 40507
T:  (859) 425-1000
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com

*Counsel for Defendant, Wal-Mart Stores East, Limited Partnership*


/s/Laruen E. Marley (with permission)
Lauren E. Marley
Morgan & Morgan
360 E. 8th Ave. #305
Bowling Green, KY 42101
*Counsel for Plaintiff, Tina Wilson*


15334310v1